**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                                                     6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                          GREENBELT, MARYLAND  20770
                                                                                                                                301-344-0632

<u>MEMORANDUM</u>

TO:         Counsel of Record

FROM:     Judge Peter J. Messitte

RE:         <u>Strand v. United States of America</u>
                Civil No. PJM 14-3521

DATE:     July 9, 2015

\* \* \*

The Court has now issued a standard Scheduling Order in this case. There was some indication that discovery might be limited, but the Court was disinclined to pre-judge precisely what the scope of discovery should be.

Upon further reflection, the Court is inclined to let discovery proceed on a normal course. The Government may raise its objections regarding the scope of discovery if and when an issue arises.

                                                         /s/
                                       PETER J. MESSITTE
                           UNITED STATES DISTRICT JUDGE

cc:         Court File